No. 442, Misc. LIPSCOMB *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 446, Misc. IN RE FLETCHER. C. A. 4th Cir. Certiorari denied.

No. 475, Misc. MASSE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 482, Misc. BLOUNT *v.* OREGON. Supreme Court of Oregon. Certiorari denied.

No. 488, Misc. FOXALL *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 490, Misc. ANDERSON *v.* ROOD, SUPERINTENDENT, MENDOCINO STATE HOSPITAL. C. A. 9th Cir. Certiorari denied.

No. 491, Misc. PETRABORG *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 493, Misc. ALTIZER *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 495, Misc. WILLIAMS *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.